IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CHARLES MACKEY, ARNOLD )
FLOYD, and DAVID DOWLING, )
                          )
          Plaintiffs,     )
                          )
     v.                   )        CV 108-129
                          )
VICTOR WALKER, Warden, and )
FNU MCFADDEN              )
                          )
          Defendants.     )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this civil action is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 21ˢᵗ day of October, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE